# *Attachment B*
# *Letter in Support: Officer J. Robert Fallon*

15 November 2012

J. Robert Fallon
Master Patrolman City of Concord
35 Green St.
Concord, NH 03301

Honorable Henry E. Hudson
United States District Judge
C/O Elizabeth W. Hanes
Assistant federal Public Defender
Office of the Federal Public Defender
701 East Broad St.
Suite 3600
Richmond, VA 23219

Dear Judge Hudson:

My name is Robert Fallon I am a Master Patrolman with the City of Concord, Concord NH. I have been employed as a police officer for fifteen years. Prior to my service in law enforcement I worked in the engineering department of a company that performed testing of high voltage electrical equipment. In this capacity I had the privilege to work with James McGahan the father of the defendant, Joshua McGahan. Approximately eighteen years ago I met Joshua and have known and had contact with Josh ever since. My contact with Josh has been both personal and professional.

In all the time that I have known Joshua I have known him to be a charismatic, well liked, non violent, compassionate person. After the divorce of his father and mother Joshua had a lot to over come in his dealings with his mother. Joshua's mother suffered from mental disease. She exacerbated her illness with her on again, off again drug abuse and her constant alcoholism. Despite these problems I often found Josh dealing with this mother in a gentle, compassionate way. Josh devoted a great deal of time to his mother helping her around the house and yard and often dropping in to have lunch or dinner with her.

Joshua's father, James, and stepmother, Cindy, provided a clean, structured home for Joshua. Josh seemed to do well in this environment. Josh spent many hours with his younger bother and I have had the opportunity to witness many compassionate acts by Josh towards his bother. Over the years Josh and Aaron have become best of friends. While on patrol I would often see then in the park playing basketball or in the evenings out playing pool together.

As I stated above Josh is a very charismatic person who was well liked in school by his schoolmates, teachers and teammates. Josh is well known and liked in his neighborhood.

Josh has a lot of promise and could have succeeded in many avenues in business. Unfortunately for reasons unknown to me Josh always looked for the EASY Shortcut way of getting through life; hence his contact with the criminal justice system and now his contact with you.

I am writing this letter in the hopes that you will recognize that Joshua is a Non-Violent offender that can benefit by being located close to home in a minimum-security environment. Here Josh will benefit from support from his family. I believe that Josh can also benefit from some educational opportunities as well as some counseling, something that might help him realize the many strengths that he has.

Thank you most sincerely for your time sir.

Respectfully,
J. Robert Fallon
Master Patrolman City of Concord