IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Criminal Number: 3:12CR134 |
| | ) | Hon. Henry E. Hudson |
| **JOSHUA J. MCGAHAN,** | ) | Sentencing Date:  November 30, 2012 |
| Defendant. | ) | |

## SUPPLEMENT TO POSITION ON SENTENCING

COMES NOW the defendant, Joshua J. McGahan, by counsel, and supplements his previously filed Position on Sentencing with the attached letter, written by Mr. McGahan's father.

WHEREFORE, Joshua J. McGahan requests that the Court sentence him to a sentence that meets the ends of justice and is fair and reasonable after consideration of all the factors contained in 18 U.S.C. § 3553(a).

                                                            Respectfully Submitted,

                                                            JOSHUA J. MCGAHAN

                                    By:_____/s/_____
                                                  Counsel

Elizabeth W. Hanes (VA Bar No. 75574)
Assistant Federal Public Defender
Office of the Federal Public Defender
701 E. Broad Street, Suite 3600
Richmond, VA 23219
Ph. (804) 565-0875
Fax (804) 648-5033
Elizabeth\_Hanes@fd.org

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this 21 day of November, 2012, I electronically filed the foregoing Defendant's Position on Sentencing with the Clerk of Court using the CM/ECF System, which will send a notification of such filing to the following:

Erik Siebert, Esq.
Assistant United States Attorney
600 East Main Street, Suite 1800
Richmond, Virginia 23219

                                                    _____/s/_____
                                                          Elizabeth W. Hanes

Elizabeth W. Hanes, Esq.
Virginia Bar No. 75574
Counsel for Defendant
Office of the Federal Public Defender
701 East Broad Street, Suite 3600
Richmond, VA 23219-1884
(804) 565-0848
(804) 648-5033 (fax)
Elizabeth_Hanes@fd.org